**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-cv-80819-MIDDLEBROOKS

THE MEDICAL PROTECTIVE COMPANY,

     Plaintiff,

v.

JUNE LADNER, LLC, JUNE LADNER, and
DENISE SULLIVAN, *as Personal Representative
of the Estate of Margot Cacciatore*,

     Defendant.

_____/

## **ORDER OF RECUSAL**

     The undersigned Judge, to whom the above-styled cause is assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Sections 2.07.01 and 2.16.00 of the Court's Internal Operating Procedures.

     **SIGNED** in Chambers in West Palm Beach, Florida, this 9th day of July, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

In accordance with the Local Rules and Internal Operating Procedures for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of

Judge _____Aileen M. Cannon_____ .

Copies of this order shall be served on all pending parties of record.  All documents for filing in this case shall carry the following case number:  ___9:24-cv-80819-AMC___ .

BY ORDER of the Court this _9th_ day of July, 2024.

ANGELA E. NOBLE, Clerk of Court

by:     _John M. Ditullio_____

Deputy Clerk